UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

NRP Holdings LLC and NRP Properties LLC,

        Plaintiffs,

  vs.

City of Buffalo, Byron W. Brown, Steven M. Casey, Demone A. Smith, Rev. Richard A. Stenhouse, Jeremiah Partnership for Community Development, Inc., John Doe 1 – 10 and John Doe Companies 1 – 5,

        Defendants.

NOTICE OF MOTION TO DISMISS
Fed.R.Civ.P.12(b)(6)

Docket No. 11-CV-472-WMS

---

| | |
|---|---|
| MOTION MADE BY: | Defendants, CITY OF BUFFALO, BYRON W. BROWN, and STEVEN M. CASEY |
| DATE, TIME & PLACE OF HEARING: | On a date and time specified by the Court before Hon. William M. Skretny, in the United States District Court for the Western District of New York |
| SUPPORTING PAPERS: | Affidavit of Terrence M. Connors, Esq., with attached exhibits; memorandum of law; and all prior pleadings. |
| RELIEF REQUESTED: | An Order of this Court dismissing the amended complaint against defendants, City of Buffalo, Byron W. Brown, and Steven M. Casey, and for such other and further relief as this Court deems just and proper. |
| GROUNDS FOR RELIEF: | Fed. R. Civ. P. 12(b)(6). |
| ORAL ARGUMENT | Oral argument is requested. |

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 7 of Civil Procedure of the United States District Court for the Western District of New York, the City of Buffalo, Byron W. Brown, and Steven M. Casey, as the moving parties, intend to file and serve reply papers.

DATED:   Buffalo, New York
         January 13, 2012

*Terrence M. Connors*
Terrence M. Connors, Esq.
CONNORS & VILARDO, LLP
Attorneys for Defendants
   City of Buffalo, Byron W. Brown, and
   Steven M. Casey
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 852-5533
tmc@connors-vilardo.com

TO:   Thomas S. Lane, Esq.
      Nelson Perel, Esq.
      WEBSTER SZANYI LLP
      Attorneys for Plaintiffs
      1400 Liberty Building
      Buffalo, New York 14202
      (716) 842-2800
      tlane@websterszanyi.com

      Timothy A. Ball, Esq.
      CITY OF BUFFALO
      DEPARTMENT OF LAW
      Attorneys for Defendant
         Demone A. Smith
      65 Niagara Square
      Buffalo, New York 14202
      (716) 851-4318
      tball@city-buffalo.com

       Daniel C. Oliverio, Esq.
       John L. Sinatra, Jr., Esq.
       HODGSON RUSS LLP
       Attorneys for Defendants
         Richard A. Stenhouse and
         Jeremiah Partnership for
         Community Development, Inc.,
       The Guaranty Building
       140 Pearl Street, Suite 100
       Buffalo, New York 14202
       (716) 848-1433
       doliveri@hodgsonruss.com