UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**NRP HOLDINGS LLC and**
**NRP PROPERTIES LLC,**

          Plaintiffs,

v.                                                                                    **STIPULATION**

**CITY OF BUFFALO, BYRON W. BROWN, STEVEN**        Civ. No 11-CV-472(WMS)
**M. CASEY, DEMONE A. SMITH, RICHARD A.**
**STENHOUSE, BUFFALO JEREMIAH PARTNERSHIP**
**FOR COMMUNITY DEVELOPMENT, INC., CITY OF**
**BUFFALO URBAN RENEWAL AGENCY, JOHN DOES 1-**
**10, and JOHN DOE COMPANIES 1-5,**

          Defendants.

      WHEREAS, Defendants City of Buffalo, Byron W. Brown, Steven M. Casey, and Demone A. Smith ("City Defendants") filed a motion to compel discovery from NRP Holdings LLC and NRP Properties LLC ("Plaintiffs"); and

      WHEREAS, the City Defendants' motion consisted of a Notice of Motion, Declaration of Randall D. White, Esq. dated July 17, 2014 (with Exhibits "A" - "R"), and Memorandum of Law; and

      WHEREAS, the response to the motion filed by the Plaintiffs consisted of the Declaration of Thomas S. Lane dated August 15, 2015 (with Exhibit "A"), and Memorandum of Law; and

      WHEREAS, the City Defendants' reply consisted of the Reply Memorandum of Law in Support of Motion to Compel dated August 28, 2014; and

      WHEREAS, the Plaintiffs served letters dated September 30, 2014, and October 3, 2014 concerning matters raised in the City Defendants' motion; and

1

WHEREAS, all parties having appeared on the return date of September 23, 2014; and

WHEREAS, in order to resolve the issues presented in the City Defendants' motion to compel, it is hereby

STIPULATED AND AGREED, that

1. The City Defendants' motion to compel is withdrawn without prejudice to renew in consideration of the stipulations noted below; and

2. On or before October 31, 2014:

    a. Plaintiffs shall produce all non-privileged documents concerning the assignment requested in Defendants' First Request for Production of Documents and Things, Request 11; and

    b. Plaintiffs shall provide a privilege log listing all documents responsive to Request 11 which are being withheld as privileged; and

3. On or before October 24, 2014:

    a. Plaintiffs shall serve supplemental responses to the City Defendants' First Set of Interrogatories, interrogatories 10(c), 12(b), 13(a)-(d); 14(a)-(d); 15(a); 17(a); and 18 as set forth in Plaintiffs' counsel's letters dated September 30, 2014 and October 3, 2014.

*s/Nelson Perel*
Thomas S. Lane
Nelson Perel
WEBSTER SZANYI LLP
Attorneys for Plaintiffs
1400 Liberty Building
Buffalo, New York 14202
Telephone:  (716) 842-2800
tlane@websterszanyi.com
nperel@websterszanyi.com

*s/Randall White*
Terrence M. Connors, Esq.
Randall White, Esq.
CONNORS & VILARDO, LLP
Attorneys for Defendants
City of Buffalo, Byron M. Brown
and Steven M. Casey
1000 Liberty Building
(716) 852-5533
tmc@connors-vilardo.com
rdw@connors-vilardo.com

*s/Timothy Ball*
Timothy Ball, Esq.
Attorney for Defendant
Demone A. Smith
1102 City Hall
65 Niagara Square
Buffalo, New York 14202
(716) 851-4318
tball@city-buffalo.com

*s/Richard T. Sullivan*
Richard T. Sullivan, Esq.
Harris Beach PLLC
Attorneys for Defendant
Buffalo Urban Renewal Agency
726 Exchange Street, Suite 1000
Buffalo, New York 14210
rsullivan@harrisbeach.com
tflynn@harrisbeach.com

**SO ORDERED**.

Dated: _____, 2014
       Buffalo, New York

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE