UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
========================================

NRP HOLDINGS LLC and NRP
PROPERTIES, LLC.
                Plaintiff,

-vs-

CITY OF BUFFALO, BYRON W. BROWN,
STEVEN M. CASEY, DEMONE A. SMITH,
RICHARD A. STENHOUSE, BUFFALO
JEREMIAH PARTNERSHIP FOR
COMMUNITY DEVELOPMENT, INC.,
CITY OF BUFFALO URBAN RENEWAL
AGENCY, JOHN DOE 1 – 10, and
JOHN DOE COMPANIES 1 – 5.

                Defendants.
========================================

**NOTICE OF JOINT MOTION TO MODIFY SCHEDULING ORDER TO EXTEND FACT DISCOVERY**

Docket No. 11-CV-472-WMS

| | |
|---|---|
| **MOVING PARTY:** | Joint. |
| **DIRECTED TO:** | Joint. |
| **DATE, TIME & PLACE OF HEARING:** | To be scheduled by the Court if necessary. Hon. William Skretny, United States District Court, Western District of New York, 2 Niagara Square, Buffalo, New York. |
| **SUPPORTING PAPERS:** | Declaration of Randall D. White, Esq., dated June 9, 2016 and Exhs. A (Fifth Amended Scheduling Order (Dkt. No.131) and B (Proposed Sixth Amended Scheduling Order) thereto. |

| | |
|---|---|
| RELIEF REQUESTED: | An Order modifying the Fifth Amended Scheduling Order (Dkt. No. 131) by providing that fact discovery in this case shall conclude on December 30, 2016; that motions to compel be filed on or before December 9, 2016; and that a further discovery status conference be conducted on a date to be scheduled by the Court. |
| GROUNDS FOR RELIEF: | Fed. R. Civ. P. 16(b). |
| ANSWERING PAPERS: | None. |
| REPLY PAPERS: | None. |
| ORAL ARGUMENT | None requested. |

DATED:   Buffalo, New York
         June 9, 2016

/s/ Terrence M. Connors
Terrence M. Connors
Randall D. White, Esq.
CONNORS LLP
Attorneys for Defendants
City of Buffalo, Byron W. Brown, and Steven M. Casey
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 852-5533
tmc@connorsllp.com
rdw@connorsllp.com

Timothy A. Ball, Esq.
Corporation Counsel
City of Buffalo Department of Law
Attorneys for Defendant
  Demone A. Smith
65 Niagara Square
Buffalo, New York 14202
(716) 851-4318
tball@ch.ci.buffalo.ny.us

TO:     Thomas S. Lane, Esq.
        Nelson Perel, Esq.
        Webster Szanyi LLP
        Attorneys for Plaintiffs
        1400 Liberty Building
        Buffalo, New York 14202
        (716) 842-2800
        tlane@websterszanyi.com

        Richard Sullivan
        Harris Beach PLLC
        Attorneys for Defendant BURA
        Larkin at Exchange
        726 Exchange Street, Suite 1000
        Buffalo, NY 14210