AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Western__ District of __New York (Buffalo)__

NRP Holdings LLC

Plaintiff(s),

V.

City of Buffalo et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:11-cv-0472

Notice is hereby given that, subject to approval by the court, __City of Buffalo, Mayor Byron W. Brown__ substitutes
(Party (s) Name)

__Michael A. Battle__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __Connors LLP; Terrence M. Connors; Randall D. White; James W. Grable, Jr.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Barnes & Thornburg
Address: 1717 Pennsylvania Avenue, N.W., Suite 500, Washington, D.C. 20006
Telephone: (202) 289-1313   Facsimile (202) 289-1331
E-Mail (Optional): Michael.Battle@btlaw.com

I consent to the above substitution.
Date: 8/10/16
(Signature of Party (s)) Byron W. Brown

I consent to being substituted.
Date: 8/5/16
(Signature of Former Attorney (s)) Terr M. Connors

I consent to the above substitution.
Date: 8/8/16
(Signature of New Attorney) Michael A. Battle

The substitution of attorney is hereby approved and so ORDERED.

Date: _____   _____
                                Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]