UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NRP HOLDINGS LLC AND
NRP PROPERTIES LLC

        Plaintiffs,      **NOTICE OF APPEARANCE**
                                     Case No.: 11-CV-472 (WMS)

v.

CITY OF BUFFALO, BYRON W. BROWN,
STEVEN M. CASEY, DEMONE A. SMITH,
RICHARD A. STENHOUSE, BUFFALO
JEREMIAH PARTNERSHIP FOR COMMUNITY
DEVELOPMENT, INC., CITY OF BUFFALO
URBAN RENEWAL AGENCY, JOHN DOES
1-10, AND JOHN DOE COMPANIES, 1-5

        Defendants.

---

      **PLEASE TAKE NOTICE**, that Michael A. Brady, a partner of the firm of Hagerty & Brady, hereby appears in this action on behalf of defendants, CITY OF BUFFALO, BYRON W. BROWN and DEMONE A. SMITH, and requests that he be served with copies of all future pleadings, discovery and submissions to the Court.

DATED:   Buffalo, New York
              August 17, 2016.

        Respectfully submitted,

        **HAGERTY & BRADY**

By: s/Michael A. Brady
      **MICHAEL A. BRADY, ESQ.**
      69 Delaware Avenue, Suite 1010
      Buffalo, NY 14202-3875
      Telephone: (716) 856-9443
      Fax:      (716) 856-0511