UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

NRP HOLDINGS LLC and NRP
PROPERTIES, LLC.
                      Plaintiff,

v.

CITY OF BUFFALO, BYRON W. BROWN,
STEVEN M. CASEY, DEMONE A. SMITH,
RICHARD A. STENHOUSE, BUFFALO
JEREMIAH PARTNERSHIP  FOR
COMMUNITY DEVELOPMENT, INC.,
CITY OF BUFFALO URBAN RENEWAL
AGENCY, JOHN DOE 1-10, and
JOHN DOE COMPANIES 1 - 5.

                      Defendants.

Civil No. 11-CV-472-WMS

## **CERTIFICATE OF SERVICE**

      This is to certify that on this 31st day of October, 2016, a true and correct copy of the foregoing City Defendants' Response to Plaintiffs' Motion to Strike and Declaration of Michael A. Battle with exhibits were filed electronically with the Clerk of the District Court using the CM/ECF system and thereby served electronically on all participants in this case.

| | |
|---|---|
| Thomas S. Lane | Richard Sullivan |
| Nelson Perel | Harris Beach PLLC |
| Steven R. Hamlin | Attorneys for Defendant BURA |
| Webster Szanyi LLP | Larkin at Exchange |
| Attorneys for Plaintiffs | 726 Exchange Street, Ste. 1000 |
| 1400 Liberty Building | Buffalo, NY 14210 |
| Buffalo, New York  14202 | rsullivan@harrisbeach.com |
| (716) 842-2800 | |
| tlane@websterszanyi.com | |

1

Rodney O. Personius
Personius Melber LLP
2100 Main Place Tower
350 Main Street
Buffalo, NY  14202
(716) 855-1050
Rop@personiusmelber.com


DATED:	October 31, 2016
	Washington, DC

                                            */s/ Michael A. Battle*
Michael A. Battle
Devin J. Stone *(Pro Hac Vice)*
BARNES & THORNBURG LLP
1717 Pennsylvania Ave. Suite 500
Washington, DC 20006
Phone: (202) 289-1313
Fax: (202) 289-1330
Michael.battle@btlaw.com
Devin.Stone@btlaw.com

Michael A. Brady
Daniel J. Brady
HAGERTY & BRADY
69 Delaware Ave. Suite 1010
Buffalo N.Y. 14202
(716) 856-9443 office
(716) 856-0511 fax
mbrady@hagerty-brady.com
dbrady@hagerty-brady.com

Attorneys for Defendants City of Buffalo, Byron W. Brown, and Demone A. Smith