UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

NRP HOLDINGS LLC, and
NRP PROPERTIES LLC,

        Plaintiffs,

  v.

CITY OF BUFFALO, BYRON W. BROWN, STEVEN M. CASEY, DEMONE A. SMITH, RICHARD A. STENHOUSE, BUFFALO JEREMIAH PARTNERSHIP FOR COMMUNITY DEVELOPMENT, INC., CITY OF BUFFALO URBAN RENEWAL AGENCY, JOHN DOES 1-10, and JOHN DOE COMPANIES 1-5,

        Defendants.

Civ. No 11-CV-472(WMS)

# NOTICE OF MOTION

| | |
|---|---|
| **NATURE OF ACTION:** | Breach of contract, RICO, tortious interference, et al. |
| **MOVING PARTY:** | Plaintiffs. |
| **DIRECTED TO:** | Defendants. |
| **DATE AND TIME:** | To be scheduled by the Court if necessary. |
| **PLACE:** | Hon. William M. Skretny, United States District Court, Western District of New York, 2 Niagara Square, Buffalo, New York. |
| **SUPPORTING PAPERS:** | Declaration of Thomas S. Lane, dated January 23, 2017 and Exhibits thereto. |
| **RELIEF REQUESTED:** | An Order granting Plaintiffs leave to file a Sur-Reply Memorandum of Law and further relief as this Court deems proper. |
| **GROUNDS FOR RELIEF REQUESTED:** | Local Rule 7(a)(6). |
| **ANSWERING PAPERS:** | If any, are due at least 14 days after service pursuant to local Rule 7(b)(2)(B) unless the Court issues an Order setting deadlines pursuant to Local Rule 7(b)(1). |

**REPLY PAPERS:**   The moving party requests the opportunity to submit reply papers pursuant to Local Rule 7(b).

**ORAL ARGUMENT:**   Requested.

Dated:   January 23, 2016

**WEBSTER SZANYI LLP**
Attorneys for Plaintiffs

By: ___s/Thomas S. Lane___
   Thomas S. Lane
   Nelson Perel
1400 Liberty Building
Buffalo, New York 14202
(716) 842-2800
tlane@websterszanyi.com
nperel@websterszanyi.com

TO:   Daniel J. Brady, Esq.
   Michael A. Brady, Esq.
   Hagerty & Brady
   *Attorneys for Defendants*
   *Byron Brown, City of Buffalo and Demone Smith*
   69 Delaware Avenue, Suite 1010
   Buffalo, New York 14202

   Michael A. Battle, Esq.
   Devin J. Stone, Esq.
   Barnes & Thornburg LLP
   1717 Pennsylvania Avenue, N.W.
   Suite 500
   Washington, DC  20006-4623

   Rodney O. Personius, Esq.
   Personius Melber LLP
   *Attorneys for Defendant Steve Casey*
   2100 Main Place Tower
   Buffalo, NY 14202

CC:   Richard T. Sullivan, Esq.
   Harris Beach PLLC
   *Attorneys for Defendant Buffalo Urban Renewal Agency (BURA)*
   726 Exchange Street, Suite 1000
   Buffalo, New York 14210