UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

NRP HOLDINGS LLC, ET AL.,

           Plaintiffs,

     -v-

CITY OF BUFFALO, ET AL.,

           Defendants.
_____

11-CV-472S
USCA: Enter USCA #

**CLERK'S CERTIFICATE / INDEX**

     I, MARY C. LOEWENGUTH, Clerk of the U.S. District Court for the Western District of New York, DO HEREBY CERTIFY that the foregoing docket entries, with the exception of any documents listed below, are maintained electronically on the court's CM/ECF system and constitute the Record on Appeal in the above entitled action.

     **The following documents are not available electronically and are currently maintained in traditional fashion in the Western District of New York's lead office:**

     *All documents electronically filed.*

     Upon your request, we will make the above documents available to you.

                              MARY C. LOEWENGUTH
                              Clerk of Court
                              United States District Court

                              By: s/ Kirstie L. Henry
                              Deputy Clerk

DATED:     March 31, 2017
              Buffalo, NY