# EXHIBIT A



Dox Electronics, Inc.
105 College Ave
Rochester, NY 14607
(585) 473-7766



| Bill To: | | Date | Invoice |
|---|---|---|---|
| City of Buffalo<br>1101 City Hall<br>Attn: Tim Ball<br>Buffalo, NY 14202<br>United States | | 06/19/2013 | 10765 |
| | | **Account** | |
| | | BuffaloCity | |

| Terms | Due Date | PO Number | Reference | |
|---|---|---|---|---|
| Net 15 days | 07/04/2013 | | | |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Services | | | | | |
| LAN-Non-Taxable | Return Travel | Greg Tripp | 2.00 | 0.00 | $0.00 |
| LAN-Non-Taxable | Travel Charge | Greg Tripp | 1.00 | 45.00 | $45.00 |
| LAN-Non-Taxable | Regular | Jay Molis | 1.00 | 125.00 | $125.00 |
| LAN-Non-Taxable | Regular | Greg Tripp | 64.00 | 125.00 | $8,000.00 |
| Non-Billable Services | | | | | |
| LAN-Non-Taxable | Regular | Greg Tripp | 3.25 | 125.00 | $0.00 |
| LAN-Non-Taxable | Regular | Jim Cunliffe | 0.25 | 125.00 | $0.00 |
| | | | | **Total Services:** | $8,170.00 |

| | | |
|---|---|---|
| Remit to Dox Electronics, Inc. - Accounts Receivable | **Invoice Subtotal:** | $8,170.00 |
| Past due Amounts are subject to 1.5% monthly finance charge or maximum allowed by law. | **Sales Tax:** | $0.00 |
| | **Invoice Total:** | **$8,170.00** |

**Invoice Time Detail**

**Invoice Number:** 10765
**Company:** City of Buffalo

**Charge To: City of Buffalo / VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170   Location: Contact**

| Date | Staff | Notes | Bill | Hours | Rate | Ext Amt |
|---|---|---|---|---|---|---|
| 03/01/2013 8:15 AM - 8:30 AM | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> Talked to TonyD about this upcoming call. | Y | 1.00 | 125.00 | $125.00 |
| 03/06/2013 8:15 AM - 8:30 AM | Molis, Jay | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> Talked to Greg about the information we know.  They are going to provide a 3TB drive with all the backups on them, along with the tapes and tape drive.  We do not k=have the names of the users mail that we need to restore. | Y | 1.00 | 125.00 | $125.00 |
| 03/06/2013 9:15 AM - 9:45 AM | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> I drafted an email after talking with JayM & TonyD, and sent it to all parties. | Y | 1.00 | 125.00 | $125.00 |
| 03/07/2013 3:45 PM - 4:00 PM | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> - I talked to Herb drafted an email after talking with JayM & TonyD, and sent it to all parties | Y | 1.00 | 125.00 | $125.00 |
| 03/07/2013 | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | NC | 0.25 | 125.00 | $0.00 |

| Date | Member | Ticket / Summary | Billable | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 4:00 PM - 4:15 PM | | Arrange with JimC to get the stuff from COB | | | | |
| 03/08/2013 | Tripp, Greg | **Service Ticket:16886**<br>**Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | Y | 1.00 | 45.00 | $45.00 |
| 1:15 PM - 2:45 PM | | | | | | |
| 03/08/2013 | Tripp, Greg | **Service Ticket:16886**<br>**Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>Pickup (3) tapes that I had to write protect, (4) VXA2 tape drives in (1) unit, and a 3TB external HD. | Y | 1.00 | 125.00 | $125.00 |
| 2:45 PM - 3:15 PM | | | | | | |
| 03/08/2013 | Cunliffe, Jim | **Service Ticket:16886**<br>**Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>Called Herb to inform him I was leaving to pick up tapes - he said Greg had just left. | NC | 0.25 | 125.00 | $0.00 |
| 3:00 PM - 3:15 PM | | | | | | |
| 03/08/2013 | Tripp, Greg | **Service Ticket:16886**<br>**Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | Y | 2.00 | 0.00 | $0.00 |
| 3:15 PM - 4:45 PM | | | | | | |
| 03/12/2013 | Tripp, Greg | **Service Ticket:16886**<br>**Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>Started building a restore server. | Y | 3.00 | 125.00 | $375.00 |
| 8:45 AM - 11:45 AM | | | | | | |
| 03/12/2013 | Tripp, Greg | **Service Ticket:16886**<br>**Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I continued building the restore server. | Y | 1.00 | 125.00 | $125.00 |
| 1:45 PM - 2:30 PM | | | | | | |
| 03/13/2013 | Tripp, Greg | **Service Ticket:16886**<br>**Summary:VXA TAPE RESTORE /** | Y | 3.00 | 125.00 | $375.00 |

| Date | Staff | Description | Billable | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | **Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> Finished building the restore server and started inventorying & cataloging the (3) tapes. <br> 10:00 AM - 1:00 PM | | | | |
| 03/13/2013 | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> Started a test restore and labeled the tapes. <br> 2:00 PM - 3:00 PM | Y | 1.00 | 125.00 | $125.00 |
| 03/18/2013 | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> Check on the status of the restores <br> 11:30 AM - 12:00 PM | Y | 1.00 | 125.00 | $125.00 |
| 03/21/2013 | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> Performed restores from Tape 2 & Tape 3. <br> 1:00 PM - 4:00 PM | Y | 3.00 | 125.00 | $375.00 |
| 04/25/2013 | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> I continued to restore data and extract PST files. <br> 8:45 AM - 12:00 PM | Y | 4.00 | 125.00 | $500.00 |
| 04/25/2013 | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** <br> **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** <br> I continued to restore data and extract PST files. <br> 1:00 PM - 1:45 PM | Y | 1.00 | 125.00 | $125.00 |
| 04/25/2013 | Tripp, Greg | **Service Ticket:16886** <br> **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** <br> **Contact:Barone, Peter** | Y | 3.00 | 125.00 | $375.00 |

| Date | Staff | Details | Billable | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I continued to restore data and extract PST files. I examined the tapes in more detail and started working on an email to Tim Ball. | | | | |
| 2:15 PM - 5:00 PM | | | | | | |
| 04/26/2013 | Tripp, Greg | **Service Ticket:16886** | Y | 5.00 | 125.00 | $625.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I finished the screen shots and email for Tim Ball. TonyD will send the response to Tim Ball. | | | | |
| 8:30 AM - 1:30 PM | | | | | | |
| 05/03/2013 | Tripp, Greg | **Service Ticket:16886** | Y | 1.00 | 125.00 | $125.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I researched information for TonyD. | | | | |
| 8:30 AM - 8:45 AM | | | | | | |
| 05/16/2013 | Tripp, Greg | **Service Ticket:16886** | Y | 5.00 | 125.00 | $625.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I processed the PST files and sent the information | | | | |
| 9:45 AM - 2:00 PM | | | | | | |
| 05/20/2013 | Tripp, Greg | **Service Ticket:16886** | Y | 1.00 | 125.00 | $125.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I searched (2) PST files for "1899" emails and sent the results to Cavette. | | | | |
| 8:30 AM - 9:30 AM | | | | | | |
| 06/05/2013 | Tripp, Greg | **Service Ticket:16886** | Y | 3.00 | 125.00 | $375.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I finished processing the PST files, but my search results were not giving me the results I expected to see. I started ingesting the PSTs in a different software and got the results I was looking for. | | | | |
| 2:15 PM - 5:00 PM | | | | | | |
| 06/06/2013 | Tripp, Greg | **Service Ticket:16886** | Y | 2.00 | 125.00 | $250.00 |
| | | **Summary:VXA TAPE RESTORE /** | | | | |

| Date | Staff | Service | Bill | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | **Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I continued processing the (14) restored PST files. | | | | |
| 10:15 AM - 12:15 PM | | | | | | |
| 06/06/2013 Tripp, Greg | **Service Ticket:16886** | Y | 5.00 | 125.00 | | $625.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I continued processing the (14) restored PST files. | | | | |
| 12:30 PM - 5:00 PM | | | | | | |
| 06/07/2013 Tripp, Greg | **Service Ticket:16886** | Y | 2.00 | 125.00 | | $250.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I finished processing the (14) PST files and created (1) PST file with (14) sub folders. Each of the sub folders contains matches from the search criteria. | | | | |
| 8:30 AM - 10:00 AM | | | | | | |
| 06/07/2013 Tripp, Greg | **Service Ticket:16886** | Y | 1.00 | 125.00 | | $125.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I downloaded other EDB to PST software to verify the EDB to PST software I used. I was verifying that the numbers were the same. I found a discrepancy of (9). | | | | |
| 10:00 AM - 11:00 AM | | | | | | |
| 06/07/2013 Tripp, Greg | **Service Ticket:16886** | Y | 6.00 | 125.00 | | $750.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I contacted the EDB to PST software manufacture and worked with them on resolving the discrepancy. Tech Support provided me with an updated and unreleased version of the software. I installed the new software and the numbers matched. I will reprocess the EDB tomorrow and get the updated PST to Cavette on Monday. | | | | |
| 11:00 AM - 5:00 PM | | | | | | |
| 06/08/2013 Tripp, Greg | **Service Ticket:16886** | Y | 7.00 | 125.00 | | $875.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction** | | | | |

| Date | Member | Description | Billable | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | **Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I extracted the (14) PST files from the EDB. I ingested the (14) PST and performed a search using the search terms. I exported the matching items to a PST with (14) subfolders. I organized the data in each subfolder by data type. On Monday I will upload the PST file to Cavette's PC. | | | | |
| 5:30 AM - 12:00 PM | | | | | | |
| 06/10/2013 Tripp, Greg | **Service Ticket:16886** | Y | 1.00 | 125.00 | $125.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I remoted into Cavette's PC, uploaded the PST, and showed her the contents. | | | | |
| 5:00 PM - 5:45 PM | | | | | | |
| 06/11/2013 Tripp, Greg | **Service Ticket:16886** | Y | 1.00 | 125.00 | $125.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | I burned (2) copies of the DVD and KenM will deliver. | | | | |
| 6:30 AM - 7:30 AM | | | | | | |
| 06/11/2013 Tripp, Greg | **Service Ticket:16886** | NC | 1.50 | 125.00 | $0.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | Deliver DVDs to COB & COB Attorney's office. | | | | |
| 8:45 AM - 10:15 AM | | | | | | |
| 06/11/2013 Tripp, Greg | **Service Ticket:16886** | NC | 1.50 | 125.00 | $0.00 |
| | | **Summary:VXA TAPE RESTORE / Timothy Ball to give Direction Quote 006170** | | | | |
| | | **Contact:Barone, Peter** | | | | |
| | | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | |
| | | Deliver DVDs to COB & COB Attorney's office. | | | | |
| 11:30 AM - 1:00 PM | | | | | | |

**Subtotal: $8,170.00**

| **Invoice Time Total:** | | **Billable Hours:** | **68.00** |
|---|---|---|---|
| | | **Gratis/Non-Bill Hours:** | **3.50** |



Dox Electronics, Inc.
105 College Ave
Rochester, NY 14607
(585) 473-7766



| Bill To: | | Date | Invoice |
|---|---|---|---|
| City of Buffalo<br>1101 City Hall<br>Attn: Tim Ball<br>Buffalo, NY 14202<br>United States | | 01/30/2014 | 13561 |
| | | Account | |
| | | BuffaloCity | |

| Terms | Due Date | PO Number | Reference | |
|---|---|---|---|---|
| Net 15 days | 02/14/2014 | | | |

| | | |
|---|---|---|
| Billing Method | Fixed Fee | |
| Detail | Tue 2/18/2014/11:24 AM UTC-05/ L.T. Moore-<br>-lawrencem/Tue 2-18-2014/11:23am-<br>LT to deliver Backup unit to COB megan Steele by 9am 2/19/14 | |
| | Sun 12/22/2013/6:00 PM UTC-05/ Greg Tripp (time)-<br>I continued ingesting PSTs. | |
| | Sun 12/22/2013/3:00 PM UTC-05/ Greg Tripp (time)-<br>I continued ingesting PSTs. | |
| | Sat 12/21/2013/3:00 PM UTC-05/ Greg Tripp (time)-<br>Continued extracting PSTs from the EDBs. | |
| | Sat 12/21/2013/10:30 AM UTC-05/ Greg Tripp (time)-<br>Continued extracting PSTs from the EDBs. | |
| | Fri 12/20/2013/8:15 AM UTC-05/ Greg Tripp (time)-<br>I worked with tech support trying to get the SysToolsGroup EDB to PST software to work correctly. There are multiple issues with 4.5.0.0 and 4.1.0.0. One one the tech installed 4.2.0.0 and that fixed some of the Chinese symbols, but the PST export function didn't work. | |
| | Thu 12/19/2013/12:30 PM UTC-05/ Greg Tripp (time)-<br>Imported data and started doing searches. | |
| | Wed 12/18/2013/7:30 PM UTC-05/ Greg Tripp (time)-<br>I finished extracting PSTs from all of the EDB files.  I'll start ingesting the PSTs into EV. | |
| | Wed 12/18/2013/8:15 AM UTC-05/ Greg Tripp (time)-<br>I continued processing EBDs and extracting emails to PSTs. | |
| | Tue 12/17/2013/8:15 AM UTC-05/ Greg Tripp (time)-<br>I continued to pull PSTs from the EDBs. | |
| | Mon 12/16/2013/1:30 PM UTC-05/ Greg Tripp (time)-<br>I finished extracting the EBDs from the 07/12/2008 tape and 03312011 HD.  I updated Megan on my status. | |
| | Mon 12/16/2013/8:15 AM UTC-05/ Greg Tripp (time)- | |
| | Fri 12/13/2013/8:15 AM UTC-05/ Greg Tripp (time)-<br>I continued trying to restore the 2008 tape.  I sent Megan an email with my status. | |
| | Thu 12/12/2013/10:30 AM UTC-05/ Greg Tripp (time)-<br>I extracted the PST files from the 07092007 tape.  I continued trying to get the data from the 03312011 HD and the 07122008 tape.  I updated Megan and asked her to send me a revised search list. | |
| | Wed 12/11/2013/8:30 AM UTC-05/ Greg Tripp (time)-<br>I worked on building servers and restore data from tapes.  I'll continue tomorrow. | |
| | Tue 12/10/2013/12:15 PM UTC-05/ Greg Tripp (time)-<br>I finished building the restore environment.  Tomorrow I'll start the restores. | |

|  |  |  |  |
|---|---|---|---|
|  | Tue 12/10/2013/8:30 AM UTC-05/ Greg Tripp (time)- I started building the restore server. |  |  |
|  | Fri 12/6/2013/11:24 AM UTC-05/ Lisa Izzo- |  |  |
|  | $6,500.00 |  |  |
| Company Name | City of Buffalo |  |  |
| Contact Name | Megan Steele (Inactive) |  |  |
|  |  | **Total Other Charges:** | **$6,500.00** |
|  |  | **Invoice Subtotal:** | $6,500.00 |
|  | Remit to Dox Electronics, Inc. - Accounts Receivable | **Sales Tax:** | $0.00 |
|  |  | **Invoice Total:** | **$6,500.00** |



Dox Electronics, Inc.
105 College Ave
Rochester, NY 14607
(585) 473-7766



| Bill To: | | Date | Invoice |
|---|---|---|---|
| City of Buffalo<br>Attn: Helen<br>1201 City Hall<br>Buffalo, NY 14202<br>United States | | 02/28/2014 | 13953 |
| | | **Account** | |
| | | BuffaloCity | |

| Terms | Due Date | PO Number | Reference | |
|---|---|---|---|---|
| Net 15 days | 03/15/2014 | | | |

| Services | Work Type | Staff | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Billable Services | | | | | |
| LAN-Non-Taxable | Regular | Greg Tripp | 25.50 | 125.00 | $3,187.50 |
| | | | | **Total Services:** | **$3,187.50** |

Remit to Dox Electronics, Inc. - Accounts Receivable

Past due Amounts are subject to 1.5% monthly finance charge or maximum allowed by law.

| | |
|---|---|
| **Invoice Subtotal:** | $3,187.50 |
| **Sales Tax:** | $0.00 |
| **Invoice Total:** | **$3,187.50** |

**Invoice Time Detail**

**Invoice Number:** 13953
**Company:** City of Buffalo

**Charge To:** City of Buffalo / Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan   **Location:** Contact

| Date | Staff | Notes | Bill | Hours | Rate | Ext Amt |
|---|---|---|---|---|---|---|
| 12/22/2013<br>11:30 AM - 1:15 PM | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I gathered all the exported PSTs and started ingesting them. | Y | 2.00 | 125.00 | $250.00 |
| 12/22/2013<br>8:30 PM - 9:00 PM | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I continued ingesting PSTs. | Y | 0.50 | 125.00 | $62.50 |
| 12/22/2013<br>11:15 PM - 11:45 PM | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I finished ingesting the last group of PSTs. | Y | 0.50 | 125.00 | $62.50 |
| 12/23/2013<br>8:15 AM - 10:00 AM | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I prepped the EV environment to start running reports | Y | 2.00 | 125.00 | $250.00 |
| 12/23/2013 | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I started exporting the Exchange | Y | 3.00 | 125.00 | $375.00 |

| Date | Member | Ticket | Billable | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | items for Donna & Byron Brown. I sent multiple emails to Megan asking for direction. I continue when we hear back from her.<br>10:00 AM - 2:00 PM | | | | |
| 01/06/2014 | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I continued the restore process. I created the master PST and folder structures.<br>2:00 PM - 3:15 PM | Y | 1.50 | 125.00 | $187.50 |
| 01/07/2014 | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I've started the final export of the data per Megans instructions. I have 7 of 21 completed.<br>9:45 AM - 2:15 PM | Y | 5.00 | 125.00 | $625.00 |
| 01/08/2014 | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I continued to restore emails and create the PST.<br>10:30 AM - 1:00 PM | Y | 1.50 | 125.00 | $187.50 |
| 01/10/2014 | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I competed (7) more PST exports. I only have (6) more to go.<br>11:00 AM - 2:15 PM | Y | 3.50 | 125.00 | $437.50 |
| 02/13/2014 | Tripp, Greg | **Service Ticket:30872**<br>**Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan**<br>**Contact:Barone, Peter**<br>**Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331**<br>I finished processing the EV searches and compiled the COB2.PST file. | Y | 4.00 | 125.00 | $500.00 |

| 11:45 AM - 3:45 PM | | | | | | |
|---|---|---|---|---|---|---|
| 02/26/2014 Tripp, Greg | **Service Ticket:30872** | Y | 1.00 | 125.00 | | $125.00 |
| | **Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan** | | | | | |
| | **Contact:Barone, Peter** | | | | | |
| | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | | |
| | I remoted into Megan's PC and uploaded the COB2.PST file. I created a blank Outlook profile and attached the COB2.PST file to it. I showed Megan how to use the PST file. | | | | | |
| 10:45 AM - 11:45 AM | | | | | | |
| 02/26/2014 Tripp, Greg | **Service Ticket:30872** | Y | 1.00 | 125.00 | | $125.00 |
| | **Summary:Tape Restore Per Megan Steele...continuation of ST 28338 // 716-851-4318 call Megan** | | | | | |
| | **Contact:Barone, Peter** | | | | | |
| | **Address:Contact, 65 Niagara Sq., Buffalo, NY, 14202-3331** | | | | | |
| | I burned the COB2.PST file to CD and made a 2nd copy. ToddR mailed. | | | | | |
| 1:15 PM - 1:45 PM | | | | | | |

**Subtotal: $3,187.50**

**Invoice Time Total:** **Billable Hours:** 25.50